J. Scott Conlon, #011829
Katherine A. Stewart, #034350
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
sconlon@rcdmlaw.com
kstewart@rcdmlaw.com
docket@rcdmlaw.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gustavo U. Ramirez, an individual, | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | (Formerly Maricopa County Superior Court Cause No. CV2021-009659) |
| Smith's Food & Drug Centers, Inc., an Ohio corporation, d/b/a Fry's Food Stores; The Kroger Co., a foreign corporation; John and Jane Does 1-5; and ABC Corporations 1-5, | |
| Defendants. | |

Defendants Smith's Food & Drug Centers, Inc. dba Fry's Food Stores and The Kroger Co., Inc., files this Notice of Removal, showing the following grounds:

1. On June 15, 2021, Plaintiff filed a Complaint in the Superior Court of the State of Arizona, in and for the County of Maricopa, styled *Gustavo Ramirez v. Smith's Food & Drug Centers d/b/a Fry's Food Stores, et al.*, Case No. CV2021-009659. A true and correct copy of the State Court's docket, including all pleadings and orders, if any, served upon Defendants in the State Court action, is attached hereto as ***Exhibit 1***.

2. Service was effectuated by personal service on Smith's Food & Drug Centers, Inc.'s Agent in Cincinnati, Ohio on June 28, 2021. (***Exhibit 1***, Affidavit of Service).

3. Service was effectuated by personal service on The Kroger Co.'s Agent in Cincinnati, Ohio on July 8, 2021. (***Exhibit 1***, Affidavit of Service).

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004

(Page 1, )   4245-0001   4218855_6.docx

4. Removing Defendants have given consent to removal of this action to the United States District Court.

5. The United States District Court has original jurisdiction over this action based upon diversity of citizenship between the parties, as explained below. To the best of Defendants' knowledge, Plaintiff is a citizen of the State of Arizona (Complaint ¶ 1). Defendants are now, and were at the time the action was commenced, diverse in citizenship from Plaintiff. Defendants are incorporated in the state of Ohio with their principal place of business in Ohio, and were domiciled there at the time this action was commenced.

6. The amount in controversy exceeds $75,000. Where there is diversity of citizenship, the "district courts shall have the original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). The Ninth Circuit has held that a removing defendant need not establish the amount in controversy to a "legal certainty." *Sanchez v. Monumental Life Ins. Co.,* 102 F.3d 398, 404 (9th Circ. 1996) (amount in controversy shown by a preponderance of the evidence). "In measuring the amount in controversy, a court must assume that the allegations in the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint." *Forever Living Products U.S. Inc. v. Geyman*, 471 F.Supp.2d 980, 986 (D.Ariz. 2006).

Plaintiff's Complaint brings a cause of action for negligence, premises liability, and negligent hiring, training, retention and/or supervision. Plaintiff seeks compensation for damages[1] (***Exhibit 1***, Complaint).

Along with the Complaint, Plaintiff filed a Certificate of Compulsory Arbitration, certifying the award sought, excluding attorney fees, interest and costs,

---

[1] "[T]he pertinent question is what is *in controversy* in the case, not how much the plaintiffs are ultimately likely to recover." *Amoche v. Guar. Trust Life Ins. Co.,* 556 F.3d 41, 51 (1st Cir. 2009); *citing Brill v. Countrywide Home Loans*, 427 F.3d 446, 448 (7th Cir. 2005). Based on the foregoing, Defendants expressly reserve the right to deny liability and assert all defenses to Plaintiff's substantive claims, as well as contest the amount of the alleged damages.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004

(Page 2, )    4245-0001    4218855_6.docx

exceeds $50,000 (***Exhibit 1***, Certificate of Compulsory Arbitration). (*See* Maricopa County Local Rule 3.10 establishing the jurisdictional cap for mandatory arbitration.) Plaintiff has also certified that the damages in this matter meet the criteria for Tier 3 as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure. (***Exhibit 1***, Complaint ¶ 26). Per Ariz. R. Civ. P. Rule 26.2(c)(3), as the matter is designated as Tier 3, Plaintiff is claiming $300,000 or more in damages. Plaintiff's allegations in the Complaint and Plaintiff's Certificate of Compulsory Arbitration establish that it is more likely than not the amount in controversy exceeds $75,000.

7.    Therefore, because this action is wholly between citizens of different states, and because the amount in controversy exceeds $75,000 exclusive of interest and costs, this Court has original jurisdiction over this cause pursuant to 28 U.S.C. § 1332(a)(1).

8.    Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

9.    Defendants, the removing parties, will promptly give all other Parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

10.    Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, In and For the County of Maricopa, where the action is pending, also pursuant to 28 U.S.C. § 1446(d).

11.    WHEREFORE, Defendants, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446 and LR 3.6, removes the case styled *Gustavo Ramirez v. Smith's Food & Drug Centers d/b/a Fry's Food Stores, et al.*, Case No. CV2021-009659, from the Superior Court of the State of Arizona, In and For the County of Maricopa.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004

(Page 3, )          4245-0001          4218855_6.docx

RESPECTFULLY SUBMITTED this 26th day of July, 2021.

RENAUD COOK DRURY MESAROS, PA


By *s/J. Scott Conlon*
J. Scott Conlon
Katherine A. Stewart
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Mark P. Breyer
Brian C. Fawber
Breyer Law Offices, P.C.
3840 E. Ray Road
Phoenix, AZ 85044
minutes@breyerlaw.com
*Attorneys for Plaintiff*

*s/I. Tuuling*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004